Matter of Rogers (2025 NY Slip Op 06582)

Matter of Rogers

2025 NY Slip Op 06582

Decided on November 26, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 26, 2025

PM-270-25
[*1]In the Matter of Erin Fleaher Rogers, an Attorney. (Attorney Registration No. 5378989.)

Calendar Date:November 24, 2025

Before:Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ.

Erin Fleaher Rogers, Cincinnati, Ohio, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Erin Fleaher Rogers was admitted to practice by this Court in 2015 and lists a business address in Cincinnati, Ohio with the Office of Court Administration. Rogers now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Rogers' application.
Upon reading Rogers' affidavit sworn to October 20, 2025 and filed October 23, 2025, and upon reading the November 20, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Rogers is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Erin Fleaher Rogers' application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Erin Fleaher Rogers' name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Erin Fleaher Rogers is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Rogers is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Erin Fleaher Rogers shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.